**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas Edward Brown<br>xxx-xx-3237<br>Juanita Eberhardt Brown<br>xxx-xx-4718<br>6248 North 15th Street<br>Philadelphia, PA 19141<br><br>DEBTORS | : **CASE NO. 09-19333SR**<br>: **CHAPTER 13**<br>: **HEARING DATE: 4/14/2010**<br>: **TIME: 10:00 A.M.**<br>: **LOCATION: COURT ROOM No. 4**<br>: **United States Bankruptcy Ct.**<br>: **900 Market St., 2nd Floor**<br>: **Philadelphia, PA 19107** |

**ORDER**

AND NOW, this           Day of                    , 2010, the Objection of the Standing Chapter 13 Trustee to the Claim of Exemptions of the Debtors is hereby DENIED.

BY THE COURT:

_____
Hon. Stephen Raslavich
Chief U.S. Bankruptcy Judge

cc:
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
P. O. Box 4010
Reading, Pennsylvania 19606-0410

Michael W. Gallagher, Esq.
628 East Germantown Pike
Lafayette Hill, PA 19444

Thomas E. and Juanita E. Brown
6248 North 15th Street
Philadelphia, PA 19141

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107