*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Thomas Edward Brown and
Juanita Eberhardt Brown

    Debtor(s)

Case No: 09–19333–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Debtor's Claim of Exemptions Filed by POLLY A. LANGDON on behalf of FREDERICK L. REIGLE

    on: 6/10/10

    at: 09:30 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

28 – 22
Form 167