**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Thomas Edward Brown and Juanita
Eberhardt Brown

        Debtor(s)    Case No: 09−19333−mdc

        Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 6/10/10 at 09:30 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

27
Form 152

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Gerard                 Page 1 of 2           Date Rcvd: Apr 14, 2010
Case: 09-19333                Form ID: 152                 Total Noticed: 45


The following entities were noticed by first class mail on Apr 16, 2010.
db/jdb         Thomas Edward Brown,    Juanita Eberhardt Brown,    6248 North 15th Street,
                 Philadelphia, PA 19141-2006
smg            City of Philadelphia,    City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,
                 1515 Arch Street 15th Floor,    Philadelphia, PA 19102-1595
smg            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg           +U.S. Attorney Office,    c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,
                 Philadelphia, PA 19106-4404
cr             Independence Receivables,    c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
cr            +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
11870144       AT&T Broadband SF,    C/O Credit Protections Assoc.,   1355 Noel Rd., Suite 2100,
                 Dallas, TX 75240
11870143      +Arrow Financial Services,    5996 W. Touhy Avenue,   Niles, IL 60714-4610
11871658       Arrow Financial Services LLC,    C/O Becket And Lee LLP,   P.O. Box 3001,
                 Malvern, PA 19355-0701
11870145      +Bank Of America,    P.O. Box 1598,   Norfolk, VA 23501-1598
11871662       Brian M. Kile, Esq.,    Grenen & Birsic, P.C.,   One Gateway Center, 9th Floor,
                 Pittsburgh, PA 15222
11949041      +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
11917285       CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
                 Charlotte, NC 28272-1083
11870146      +Capital One Bank,    P.O. Box 85015,   Richmond, VA 23285-5015
11871664      +Capital One Bank,    C/O TSYS Debt Management,   P.O. Box 5155,   Norcross, GA 30091-5155
11949301      +Chase Bank USA, N.A.,    By PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
11870147      +Chestnut Hill Hospital,    C/O Financial Recoveries,   P.O. Box 1388,
                 Mount Laurel, NJ 08054-7388
11870148      +Citibank NA,   701 E. 60th St.,    Sioux Falls, SD 57104-0493
11870149      +Citibank NY State Student Loan,    C/O California Student Aid Service,    P.O. Box 419032,
                 Rancho COrdova, CA 95741-9032
11870150      +City Of Philadelphia,    P.O. Box 8409,   Philadelphia, PA 19101-8409
11871669       ECast,   Assignee For GEMB/Mervyns,    P.O. Box 35480,   Newark, NJ 07193-5480
11870151      +Emerge Mastercard,    C/O Jefferson Capital Systems,   16 McClelland Rd.,
                 St. Cloud, MN 56303-2198
11870152      +First Premier Bank,    601 S. Minnesota Avenue,   Sioux Falls, SD 57104-4868
11952789      +HSBC   Bank Nevada, N.A.,    By PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
11897114       Independence Receivables,    c/o Recovery Management Systems Corp,    25 SE 2nd Avenue,Suite 1120,
                 Miami, Florida 33131-1605,    Attention Ramesh Singh
11973060      +Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
11878942      +Litton Loan Servicing,    c/o Hilary B. Bonial,   9441 LBJ Freeway,Suite 350,
                 Dallas Texas 75243-4652
11871672      +Litton Loan Servicing LP,    Agent For Deutsche Bank,   4828 Loop Central Drive,
                 Houston, TX 77081-2212
11877353       Litton Loan Servicing, LP.,    PO BOX 829009,   Dallas, TX 75382-9009
11880768       Merrick Bank,   c/o Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
11870153      +Merrick Bank,    P.O. Box 5000,   Draper, UT 84020-5000
11870154       NCO Financial Systems,    P.O. Box 41625,   Philadelphia, PA 19101-1625
11870155      +PCFS Mortgage Resources,    P.O. Box 82878,   Atlanta, GA 30354-0878
11870156      +Philadelphia Gas Works,    800 W. Montgomery Avenue,   Philadelphia, PA 19122-2898
11992512       Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
11923334      +Premier Bank Card /Charter,    Post Office Box 2208,   Vacaville, CA 95696-8208
11870157      +Spring PCS,    C/O Asset Acceptance LLC,   P.O. Box 2036,   Warren, MI 48090-2036
11870158      +Sterling Corp.,    P.O. Box 675,   Spring House, PA 19477-0675
11871679      +TSYS Debt Management,    P.O. Box 5155,   Norcross, GA 30091-5155
11870160      +Zenith Acquisitions,    220 John Glenn Drive No. 1,   Amherst, NY 14228-2228
11901225       eCAST Settlement Corporation, assignee,    of GE Money Bank MERVYN'S,    POB 35480,
                 Newark, NJ 07193-5480

The following entities were noticed by electronic transmission on Apr 14, 2010.
11871660      +E-mail/PDF: BNCEmails@blinellc.com Apr 15 2010 01:58:07      B-Line LLC,   Mail Stop 550,
                 2101 Fourth Avenue, Suite 1030,    Seattle, WA 98121-2317
11880825       E-mail/PDF: BNCEmails@blinellc.com Apr 15 2010 01:58:07      B-Real, LLC,   MS 550,   PO Box 91121,
                 Seattle, WA 98111-9221
11880768       E-mail/Text: bkr@cardworks.com                            Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
11870153      +E-mail/Text: bkr@cardworks.com                            Merrick Bank,   P.O. Box 5000,
                 Draper, UT 84020-5000
11896553       E-mail/PDF: rmscedi@recoverycorp.com Apr 15 2010 02:07:23
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
11870159      +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2010 02:07:15      Walmart,   P.O. Box 981400,
                 El Paso, TX 79998-1400
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-2          User: Gerard              Page 2 of 2              Date Rcvd: Apr 14, 2010
Case: 09-19333                Form ID: 152              Total Noticed: 45

cr*             Litton Loan Servicing, LP,   P.O. Box 829009,   Dallas, TX  75382-9009
11871659*       AT& T Broadband SF,   C/O Credit Protections Assoc.,   1355 Noel Rd., Suite 2100,
                 Dallas, TX  75240
11871657*      +Arrow Financial Services,   5996 W. Touhy Avenue,   Niles, IL 60714-4610
11871661*      +Bank Of America,   P.O. Box 1598,   Norfolk, VA 23501-1598
11871663*      +Capital One Bank,   P.O. Box 85015,   Richmond, VA 23285-5015
11871665*      +Chestnut Hill Hospital,   C/O Financial Recoveries,   P.O. Box 1388,
                 Mount Laurel, NJ 08054-7388
11871666*      +Citibank NA,   701 E. 60th St.,   Sioux Falls, SD 57104-0493
11871667*      +Citibank NY State Student Loan,   C/O California Student Aid Service,   P.O. Box 419032,
                 Rancho COrdova, CA 95741-9032
11871668*      +City Of Philadelphia,   P.O. Box 8409,   Philadelphia, PA 19101-8409
11871670*      +Emerge Mastercard,   C/O Jefferson Capital Systems,   16 McClelland Rd.,
                 St. Cloud, MN 56303-2198
11871671*      +First Premier Bank,   601 S. Minnesota Avenue,   Sioux Falls, SD 57104-4868
11871673*      +Merrick Bank,   P.O. Box 5000,   Draper, UT 84020-5000
11871674*       NCO Financial Systems,   P.O. Box 41625,   Philadelphia, PA  19101-1625
11871675*      +PCFS Mortgage Resources,   P.O. Box 82878,   Atlanta, GA 30354-0878
11871676*      +Philadelphia Gas Works,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2898
11871677*      +Spring PCS,   C/O Asset Acceptance LLC,   P.O. Box 2036,   Warren, MI 48090-2036
11871678*      +Sterling Corp.,   P.O. Box 675,   Spring House, PA 19477-0675
11871680*      +Walmart,   P.O. Box 981400,   El Paso, TX 79998-1400
11871681*      +Zenith Acquisitions,   220 John Glenn Drive No. 1,   Amherst, NY 14228-2228
                                                                                       TOTALS: 0, * 19

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2010**                    **Signature:** _/s/ Joseph Speetjens_